IN THE IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: VISTACARE GROUP, LLC,
 Debtor

: 
: CASE NO. 07-51116 JJT
:
: CHAPTER 7
:
:

ORDER

UPON CONSIDERATION of the Motion of CGL, LLC is GRANTED and CGL, LLC, is granted leave to commence a Civil Action in the Court of Common Pleas of Lancaster County.

By the Court,

John J. Thomas, Bankruptcy Judge
(PJR)

Dated: October 22, 2010